IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RALPH MANOMANO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. |
| | :   2:11-CV-0316-RWS |
| ASHLEY BELL, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [5] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint is hereby **DISMISSED** for failure to state a claim on which relief may be granted. The Clerk shall close the case.

**SO ORDERED**, this   15th   day of June, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)